1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICA JOHNNY TURNER,

11          Plaintiff,                    No. CIV S-05-1905 GEB JFM P

12      vs.

13   DEPUTY T. JONES, et al.,

14          Defendants.                      <u>ORDER</u>

15   _____/

16          Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to

17   42 U.S.C. § 1983.

18          By an order filed October 24, 2005, this court ordered plaintiff to complete and

19   return to the court, within thirty days, the USM-285 forms and copies of his complaint which are

20   required to effect service on the defendants.  On November 29, 2005, plaintiff submitted the

21   USM-285 forms but failed to file the four copies of the September 21, 2005 complaint.

22          Accordingly, IT IS HEREBY ORDERED that:

23          1.  The Clerk of the Court is directed to return the copy of the complaint

24   submitted by plaintiff on September 21, 2005; and

25   /////

26   /////

1

1       2.  Within thirty days, plaintiff shall submit to the court the four copies of the

2    September 21, 2005 complaint required to effect service.  Failure to return the copies within the

3    specified time period will result in a recommendation that this action be dismissed.

4    DATED:   December 21, 2005.

UNITED STATES MAGISTRATE JUDGE

/bb/001
turn1905.8e

2