IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICA JOHNNY TURNER,

      Plaintiff,                                No. CIV S-05-1905 GEB JFM P

     vs.

DEPUTY T. JONES, et al.,

      Defendants.                <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action seeking relief pursuant to 42 U.S.C. § 1983.

        On February 15, 2006, plaintiff filed a letter requesting permission to amend his complaint. Plaintiff's request was not, however, accompanied by a proposed amended complaint. As a litigant proceeding in forma pauperis, plaintiff's pleadings are subject to evaluation by this court pursuant to the in forma pauperis statute. <u>See</u> 28 U.S.C. § 1915. Since plaintiff did not submit a proposed amended complaint, the court is unable to evaluate it. Plaintiff's motion for leave to amend must therefore be denied.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's February 15, 2006 request for leave to amend is denied.

DATED: March 28, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001; turn1905.10b

2